**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

DEBORAH C. GARDNER,

    Plaintiff,

vs.                              Case No. 3:05-cv-412-J-25HTS

JO ANNE B. BARNHART,
Commissioner of Social
Security,

    Defendant.

### O R D E R

This cause is before the Court *sua sponte*. On August 2, 2005, the Court entered a Scheduling Order (Doc. #9) directing Plaintiff to "file a memorandum of law in support of the Complaint within sixty (60) days[.]" As of this date, Plaintiff has not filed the requested memorandum. Therefore, she shall do so within ten (10) days from the date of this Order.

**DONE AND ORDERED** at Jacksonville, Florida, this 12th day of October, 2005.

                                                /s/     Howard T. Snyder
                                                HOWARD T. SNYDER
                                                UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of record
    and *pro se* parties, if any